IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHZAIDA REYNOSA MORALES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, Acting | : | NO. 20-5258 |
| Commissioner of Social Security | : | |

## **O R D E R**

AND NOW, this 25th day of July 2022, upon consideration of Plaintiff's initial motion for summary judgment (Doc. 19), Defendant's response thereto (Doc. 20), Plaintiff's re-filed motion for summary judgment and brief (Doc. 24), Defendant's response thereto (Doc. 25), and Plaintiff's reply (Doc. 28), and after careful consideration of the administrative record (Doc. 12), IT IS HEREBY ORDERED that:

1. Judgment is entered REVERSING the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff (Doc. 24) is GRANTED to the extent that the matter is REMANDED for further proceedings consistent with this adjudication;

2. Plaintiff's initial motion for summary judgment (Doc. 19) is DISMISSED AS MOOT, and

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.